# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| OCTAVIOUS DEMETRIUS SAPP, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | |
| : | No. 5:04-CR-16 (CAR) |
| UNITED STATES OF AMERICA, : | |
| : | |
| Respondent. : | |
| _____ : | |

## ORDER ON THE RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Before the Court is the Recommendation [Doc. 102] from United States Magistrate Judge Charles H. Weigle to deny Petitioner's request to file an untimely motion to vacate, set aside, or correct a sentence pursuant to 28 U.S.C. § 2255 [Doc. 92] due to Petitioner's failure to file a section 2255 motion within one year after his conviction became final or within one year after the date on which the facts supporting his ineffective assistance of trial counsel claims could have been discovered through the exercise of due diligence, and because the record establishes that equitable tolling is not warranted under the facts of this case. Petitioner has filed no objection to the Recommendation. Having considered the matter, the Court agrees with the findings

1

and conclusions of the United States Magistrate Judge. The Recommendation [Doc. 102] is therefore **ADOPTED** and **MADE THE ORDER OF THE COURT**. Petitioner's request to file an untimely motion to vacate, set aside, or correct his sentence [Doc. 92], is hereby **DENIED**.

**SO ORDERED,** this 13th day of March, 2013.

<u>S/ C. Ashley Royal</u>
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH